PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY MARIE HOLLINGSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:23-cv-01772-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 14) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, offer Claimant an opportunity for a new hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Stip. to Remand; Order

Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 22nd day of April, 2024.

         PHILLIP A. TALBERT
         United States Attorney

    By: *s/ Oscar Gonzalez de Llano*
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorneys for Defendant


         LAW OFFICES OF FRANCESCO BENAVIDES

    By: *s/ FRANCESCO P. BENAVIDES*
      FRANCESCO P. BENAVIDES
      (*as authorized by email)
      Attorney for Plaintiff

## ORDER

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated: **April 23, 2024**        /s/ *Sheila K. Oberto*
                UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; Order